UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES H. HAYES,<br><br>　　　　　　　　　　Petitioner,<br><br>　v.<br><br>CITY OF LAS VEGAS, et al.,<br><br>　　　　　　　　　　Respondents. | Case No. 2:20-cv-02122-RFB-BNW<br><br>ORDER |

　　　　This is James H. Hayes pro se 42 U.S.C. § 1983 civil rights action. Plaintiff also submitted a pro se 28 U.S.C. § 2254 habeas corpus petition to the court. On November 5, 2021, the Clerk inadvertently filed the habeas petition in this action (*see* ECF Nos. 19 and 20). Accordingly, the court will strike the habeas petition from this action and direct that it be filed in a new case, with a new case number.

　　　　**IT IS THEREFORE ORDERED** that the habeas petition (ECF No. 19) and motion for appointment of counsel (ECF No. 20) are both **STRICKEN**.

　　　　**IT IS FURTHER ORDERED** that the Clerk open a new 28 U.S.C. § 2254 habeas action and **FILE** the habeas petition and motion for counsel (ECF Nos. 19 and 20) in that new action.

1 **IT IS FURTHER ORDERED** that a copy of this order be filed in this case and the
2 new habeas case.

3 DATED: 11 February 2022.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE