AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

JAMES H. HAYES,

                Plaintiff,

v.

CITY OF LAS VEGAS, et al.,

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-02122-RFB-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Defendants and against Plaintiff dismissing this case.

3/31/2022  
Date

DEBRA K. KEMPI  
Clerk

/s/ H. Magennis  
Deputy Clerk