United States District Court
District of Nevada

James H. Hayes

V.

City of Las Vegas, et al.

CASE NO: 2:20-cv-02122-RFB-BNW

9th Cir. Case No: 22-15617

Request for Civil Docket

Dear Clerk,

At this time, I James H. Hayes am requesting a copy of the civil docket sheet, in the above styled case.

Thank you in advance for your continued assistance.

Sincerely,

James H. Hayes # 1175077

SDCC
P.O. Box 208
Indian Springs, NV 89070

**ORDER**

IT IS ORDERED that ECF No. 39 is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court is kindly directed to send Mr. Hayes a copy of the civil docket sheet.

IT IS SO ORDERED

DATED: 12:24 pm, September 13, 2022

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE