**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JAMES H. HAYES, | Case No. 2:20-cv-02122-RFB-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| CITY OF LAS VEGAS, *et al.*, | |
| Defendants. | |

Presently before the Court is Plaintiff's Motion for a Status Check (ECF No. 56). Plaintiff's motion raises the following issues:

1) The status of service on the Mirage Hotel and Casino: On November 22, 2003, proof of service of the summons and complaint on MGM/Mirage Hotel and Casino was filed. Therefore, the Court finds that this issue is moot.

2) Plaintiff asserts that his First Amended Complaint (ECF No. 50) misstates an essential fact. To the extent that Plaintiff seeks to correct the allegation in this motion, the Court denies the request. The Court cannot refer to a prior pleading or to other documents to make his amended complaint complete. The amended complaint must be complete in and of itself without reference to prior pleadings or to other documents. Therefore, if Plaintiff wishes to correct the factual allegations, he must file a motion to amend the complaint in accordance with Federal Rule of Civil Procedure 15 and Local Rule 15-1.

3) Plaintiff accurately asserts that he did not receive a summons for Defendant Aaron Ford (Nevada Attorney General). On September 18, 2023, the Court ordered the filing of Plaintiff's First Amended Complaint against the named Defendants. However, Aaron Ford was inadvertently left of the list of defendants in the caption of the docket.

**Conclusion**

**IT IS ORDERED** that Plaintiff's Motion for a Status Check (ECF No. 56) is **GRANTED in part and DENIED in part** as stated in this order.

**IT IS FURTHER ORDERED** that the Clerk of the Court add Aaron Ford, Nevada Attorney General, as a named defendant on the docket.

**IT IS FURTHER ORDERED** the Clerk of the Court will send Plaintiff a blank USM-285 form. Plaintiff shall have thirty (30) days to fill out the required USM-285 form and send it to the U.S. Marshals Service. Plaintiff must fill in defendant Aaron Ford's last known address on the USM-285 form.

**IT IS FURTHER ORDERED** that the Clerk of the Court issue a summons for Aaron Ford, Nevada Attorney General.

**IT IS FURTHER ORDERED** that the Clerk of Court serve a copy of this order, the issued summons, and the operative complaint (ECF No. 50) on the U.S. Marshals Service.

**IT IS FURTHER ORDERED** that upon receipt of the USM-285 form, the U.S. Marshals Service shall, in accordance with Federal Rule of Civil Procedure 4(c)(3), attempt service on the defendant.

**IT IS FURTHER ORDERED** that, within 90 days of today's order, the U.S. Marshals Service shall file the summons returned as executed or a notice indicating why service has not been effectuated.

DATED: November 29, 2023

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE