**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| James Hayes,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>City of Las Vegas, et al.,<br><br>　　　　　　　Defendant. | Case No. 2:20-cv-02122-RFB-BNW<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Status Check. ECF No. 100. Plaintiff requests information regarding the service of Defendant Joseph Lombardo.

On March 12, 2024, this Court denied Plaintiff's Motion for Entry of Clerk's Default on Defendant Lombardo. ECF No. 93. This Court explained that Defendant Lombardo had not been properly served. *Id*. Nevertheless, this Court neglected to instruct the Clerk's Office to send Plaintiff a USM-285 form so that service of process could be effectuated.

**IT IS THEREFORE ORDERED** that Plaintiff's motion at ECF No. 100 is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of Court must send Plaintiff one blank copy of form USM-285.

**IT IS FURTHER ORDERED** that Plaintiff shall have 30 days to fill out the required USM-285 form and send it to the U.S. Marshals Service. On the form, Plaintiff must fill in defendant's last-known address.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to issue a summons for the defendant.

**IT IS FURTHER ORDERED** that the Clerk of Court serve a copy of this order, the issued summons, and the operative complaint (ECF No. 50) on the U.S. Marshals Service.

**IT IS FURTHER ORDERED** that upon receipt of the USM-285 form, the U.S. Marshals Service shall, in accordance with Federal Rule of Civil Procedure 4(c)(3), attempt service on the defendant.

**IT IS FURTHER ORDERED** that, within 90 days of today's order, the U.S. Marshals Service shall file the summons returned as executed or a notice indicating why service has not been effectuated.

DATED: April 5, 2024

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE