# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| James Hayes,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>City of Las Vegas,<br>　　　　　　　Defendant. | Case No. 2:20-cv-02122-RFB-BNW<br><br>**ORDER** |

Before the Court are four motions filed by Plaintiff requesting information regarding several aspects of the case. ECF Nos. 106, 112, 113, and 132. These motions are granted in part and denied in part consistent with this Order. The Court will provide the information to each of Plaintiff's questions below.

**I.**　**Defendants Jex, McElroy, Fox, and Varsin (Motions at ECF Nos. 106, 113, 132)**

Defendants Jex, McElroy, Fox, and Varsin have accepted service of process. ECF No. 117. As a result, Plaintiff need not serve them.

**II.**　**Joe Lombardo (Motions at ECF Nos. 112, 132)**

Defendant Lombardo has been served. ECF No. 125.

**III.**　**Motion for Default (Motion at ECF No. 132)**

Plaintiff's Motion for Default at ECF No. 92 is still pending. The Court will rule on this motion in due course.

**IV.**　**Request to stay proceedings (Motion at ECF No. 132)**

Should Plaintiff wish to file a motion to stay proceedings he must do so by way of a separate motion. LR IC 2-2(b). The Court reminds Plaintiff that any such motion must be supported with points and authorities. LR 7-2(a).

///

///

///

## V. Conclusion

**IT IS ORDERED** that Plaintiff's motions at ECF Nos. 106, 112, 113, and 132 are granted in part and denied in part consistent with this Order.

**THE CLERK IS KINDLY INSTRUCTED** to mail a copy of ECF Nos. 117 and 125 to Plaintiff.

DATED: June 17, 2024.

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE