# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| James H. Hayes, | Case No. 2:20-cv-02122-RFB-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| City of Las Vegas, et al., | |
| Defendants. | |

The Court held a status conference on October 15, 2024. ECF No. 163. At that time, Plaintiff advised that attorney Sean Perez would enter an appearance as counsel within the next few days and would file an amended complaint. In turn, this Court gave a November 15, 2024, deadline for Mr. Perez to enter a notice of appearance and file the amended complaint.

The deadline has passed, and Mr. Perez has neither filed a notice of appearance nor filed an Amended Complaint.

This Court will extend the deadline for Mr. Perez to enter a notice of appearance and, should it be correct that he wished to represent Plaintiff, order him to enter such notice no later than December 6, 2024.

This Court will also extend the deadline for the filing of the amended complaint to December 27, 2024. Plaintiff is advised that the December 27, 2024, deadline will remain in place irrespective of whether Mr. Perez enters an appearance in this case. As a result, if Mr. Perez does not enter an appearance, it will be Plaintiff's responsibility to file an amended complaint by December 27, 2024.

**IT IS THEREFORE ORDERED** that if attorney Sean Perez will be representing the Plaintiff in this case, he must enter an appearance no later than December 6, 2024.

/ /

**IT IS FURTHER ORDERED** that the amended complaint will be due December 27, 2024.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve this order by email to attorney Sean Perez at shawn711@msn.com and mail a copy to his office at 630 S. 10th St., # A, Las Vegas, NV 89101.

DATED: November 22, 2024.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE